## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DEREK ROBERTS,**                              \*

    Petitioner,

                              **Civil Action No.: RDB-16-1110**

    **v.**                                    \*             **Criminal No.: RDB-14-0183**

**UNITED STATES OF AMERICA,**

                                   \*

    Respondent.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM ORDER

Now pending before this Court is Petitioner's Motion to Vacate Judgment under 28 U.S.C. § 2255. (ECF No. 108.) Petitioner seeks vacatur of his 18 U.S.C. § 924(c) conviction. By agreement of counsel, the Motion to Vacate that conviction (ECF No. 108) is GRANTED.

Pursuant to 18 U.S.C. § 924(c), an additional term of incarceration may be imposed upon "any person who, during and in relation to any crime of violence…uses or carries a firearm, or who, in furtherance of any such crime, possesses a firearm." In his plea agreement (ECF No. 79), Roberts and the Government stipulated that the "crime of violence" underlying the § 924(c) charge was conspiracy to commit a Hobbs Act Robbery. Counsel acknowledge that this offense no longer qualifies as a crime of violence in light of the recent opinion of the United States Supreme Court in *United States v. Davis*, 139 S. Ct. 2319 (2019) and the opinion of the United States Court of Appeals for the Fourth Circuit in *United States v. Simms*, 914 F.3d 229, 233 (4th Cir. 2019) (en banc).

Accordingly, the Defendant Roberts is entitled to a resentencing in the criminal case, *United States v. Roberts*, Criminal No. RDB-14-0183. Therefore, the Motion to Vacate (ECF No. 108) is GRANTED and the civil case, *Roberts v. United States*, Civil No. RDB-16-1110, shall be

CLOSED.  The parties should confer and contact chambers to schedule a date for Petitioner's resentencing.

IT IS HEREBY SO ORDERED THIS 26TH DAY OF MAY, 2020.


_____/s/_____
Richard D. Bennett
United States District Judge